# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | |
| Shane Patrick Lewis, | : | Bankruptcy No. 25-14503-amc |
| | : | Chapter 7 |
| Debtor | : | |
| | : | |
| Shane Patrick Lewis, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Adv. Proceeding No. |
| | : | 25-00229-amc |
| | : | |
| U.S. Department of Education, | : | |
| Central Research Inc., | : | |
| | : | |
| Defendants. | : | |

## **NOTICE OF APPEARANCE AND REQUEST FOR NOTICE**

Pursuant to Federal Rules of Bankruptcy Procedure 2002 and 9010(B) and Local Rule 2002-1, please take notice that Assistant U.S. Attorney Andrew Fuchs notes his appearance on behalf of the United States of America – Department of Education (ED). Please Serve a copy of all further pleadings (including motions, applications, orders, financial and other reports) served or filed in this case upon the undersigned attorney at the address below.

Andrew R. Fuchs,
Assistant United States Attorney
U.S. Attorney's Office, Eastern District of Pennsylvania
615 Chestnut Street, Suite 1250
Philadelphia, Pa 19106
Phone: 215-861-8350
Fax: 215-861-8618
Email: Andrew.Fuchs@usdoj.gov

                                          Respectfully Submitted,

                                          DAVID METCALF
                                          United States Attorney

Dated: January 22, 2026            */s/ Andrew R. Fuchs*
                                          ANDREW R. FUCHS
                                          Assistant United States Attorney
                                          United States Attorney's Office
                                          Eastern District Of Pennsylvania
                                          615 Chestnut Street, Suite 1250
                                          Philadelphia, Pa 19106
                                          Phone: 215-861-8350
                                          Fax: 215-861-8618
                                          Andrew.Fuchs@usdoj.gov

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: Lakesha Moody, | : | CHAPTER 7 |
| | : | |
| *Debtor*. | : | Bankruptcy No. |
| | : | 25-12300 |

| | | |
|---|---|---|
| Lakesha Moody, | : | |
| *Plaintiff*, | : | |
| | : | |
| v. | : | Adversary No. |
| | : | 25-00189 |
| United States Department Of Education, | : | |
| | : | |
| *Defendant*. | : | |

## CERTIFICATE OF SERVICE

I certify that on this date, the foregoing Notice of Appearance and Request for Notice was filed electronically and is available for viewing and downloading from the Court's ECF system.

Dated: January 22, 2026         /s/ *Andrew R. Fuchs*
                                ANDREW R. FUCHS