Certificate Number: 03088-PAE-DE-040568877

Bankruptcy Case Number: 25-14503



03088-PAE-DE-040568877

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 31, 2026, at 3:32 o'clock PM CST, Shane P Lewis completed a course on personal financial management given by internet by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: January 31, 2026

By: /s/Doug Tonne

Name: Doug Tonne

Title: Counselor